Eric J. Farber, SBN 169472
**FARBER & COMPANY ATTORNEYS**
300 Frank H. Ogawa Plaza, Suite 370
Oakland, California 94612
Tel. 510.444.2512/ Fax 510.625.7709
www.farberandco.com

**Attorneys for Plaintiff:**
**Ancient Entities, LLC**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| Ancient Entities, LLC, a California Limited Liability Company, <br><br> Plaintiff, <br> vs. <br><br> Cleopatra Records, Inc., a California Corporation; and, Does 1 to 10, <br><br> Defendants. | Case No.:  CV-10-6403 <br><br> **COMPLAINT FOR DAMAGES AND INJUCTIVE RELIEF FOR:** <br><br> 1. **Federal Copyright Infringement (17 USC § 101, et seq.);** <br> 2. **Federal Unfair Competition (15 USC § 1125, et seq.)** <br> 3. **Accounting; and,** <br> 4. **Constructive Trust** <br><br> **Jury Trial Demanded** |

   Plaintiff Ancient Entities, LLC, (Ancient Entities) by and through their

Attorney, complains as follows:

*Ancient Entities, LLC v. Cleopatra Records, Inc.* – 1
Farber & Company Attorneys
United States District Court, Central District of California
First Amended Complaint

## <u>INTRODUCTION & NATURE OF THE ACTION</u>

1.      Plaintiff Ancient Entities is the owner and co-owner of master sound recordings and the underlying compositions of the late Anthony Ian Berkeley ("Berkeley").  Defendant Cleopatra Records, Inc. ("Cleopatra") has affixed the sound recordings to various albums since 2004 and exploited them without authorization or permissions of Plaintiff.

2.      Ancient Entities brings this action under 17 U.S.C. § 101, *et seq.*, the United States Copyright Act and 15 U.S.C. §1125, the Federal Unfair Competition law, to stop Cleopatra's wrongful exploitation of the master sound recordings and to recover the sound recording masters and for damages for past violations.

## <u>PARTIES TO THE ACTION</u>

3.      Plaintiff Ancient Entities is a California Limited Liability Company with its principal place of business in San Bernadino County, California.  Ancient Entities is the successor-in-interest to the intellectual property of Berkeley including the rights at issue here.

4.      Defendant Cleopatra is a California Corporation licensed to business in the State of California with its principal place of business at 11041 Santa Monica Boulevard, Suite 703, Los Angeles, California in Los Angeles County.

## JURISDICTION AND VENUE

5.      This Court has jurisdiction of the subject matter for this claim under the provisions of 28 U.S.C. §1338(a), because this action arises under an Act of Congress relating to Copyrights, the Copyright Act of 1976, Pub. L. 94-553, 90 Stat. 2541 *et seq.* 17 U.S.C. 101 *et seq.* and 15 U.S.C. §1125.

6.      This Court has jurisdiction of the subject matter of this claim under the provisions of 28 U.S.C. §1331, because the action arises under the laws of the United States, specifically the above-cited Copyright Act of 1976 and 15 U.S.C. §1125.

7.      Venue is proper in the District Court for the Central District of California pursuant to 28 U.S.C. § 1391(b), and § 1391(c), since, *inter alia*, the causes of action asserted arose from or are connected with purposeful acts committed by the individual Defendants in this District, and the corporate and individual Defendants named herein are each doing business in this District.

## ALLEGATIONS COMMON TO ALL COUNTS

8.      Ancient Entities is solely owned and operated by Deloris Hill ("Hill").  Hill is the widow of Berkeley who passed from cancer on July 11, 2001.  Hill acquired the rights at issue in this action from her late husband through a non-probated California estate and through contract from Darc Angel Entertainment.  At the time of Berkeley's death he was a resident of California.

9.      On or about July 29, 2010, Hill registered Berkeley's California Post-Mortem Rights of Publicity with the Secretary of State of California and

*Ancient Entities, LLC v. Cleopatra Records, Inc.* – 3
Farber & Company Attorneys
United States District Court, Central District of California
First Amended Complaint

transferred all interests she held in her late husband's intellectual property to Ancient Entities. This included any interest Berkeley had in his production company Sharp Shooter Productions. Sharp Shooter Productions was the fictitious business name Berkeley used while part of the *Gravediggaz*. All sound recordings copyrights at issue here are registered with the United States Copyright Office.

10.     Berkeley was a Hip Hop and R & B personality best known for his rapping. He was originally from Trinidad and grew up in New York City. In 1989, he formed his first group with his siblings in 1989, known as the Brothers Grym, which dismantled shortly after their first album. In 1994, Berkeley formed the *Gravediggaz*, a rap supergroup, with three other members. The other members were Arnold Ethan Hamilton ("Hamilton") pka Frukwan, Paul Houston ("Houston") pka Prince Paul and Robert Diggs ("Diggs") pka The RZA. The original partnership, under the name *Gravediggaz,* released two commercially successful albums. However, after the release of the first two albums Diggs and Houston left the partnership. Berkeley and Hamilton continued to own and forward the partnership and continued to record songs under the moniker *Gravediggaz*. At the time, Berkeley operated under the fictitious business name Sharp Shooter Productions.

11.     Ancient Entities is the owner of all of the intellectual property interests once held by Berkeley.

12.     On or about 1999, Berkeley and Hamilton entered into an agreement to form Darc Angel Entertainment ("Darc Angel") with Russell Constantine

*Ancient Entities, LLC v. Cleopatra Records, Inc.* – 4
Farber & Company Attorneys
United States District Court, Central District of California
First Amended Complaint

("Constantine"), for the sale and distribution of four sound recordings, Berekely and Hamilton retained certain rights on the sound recordings. The four sound recordings were *Zig Zag Chamber* aka *Six Feet Underground, Wanna Break* aka *Break What?, Killin Fields* and *Better Wake Up* (only two of those recordings are at issue here). The sound recordings were distributed as an E.P. album under the title "Gravediggaz". On or about June of 2002, Darc Angel transferred the copyright interest to Hill in all four recordings. The E.P. *Gravediggaz* was distributed by Jeffrey Collins ("Collins"). Ancient Entities owns the Sound Recording Registration for this E.P. under SR 651-619.

13.     On or about August 15, 2000, Berkeley and Hamilton, through their respective production companies, entered into an agreement with Jeffrey Collins ("Collins") for the distribution of certain masters (sound recordings) in an LP to be entitled *Nightmare in A Minor* ("Collins Agreement"). Collins was obligated to commercially release twenty-one (21) master sound recordings within six months of the date of the Collins Agreement as *Nightmare in A Minor*. Collins failed to fulfill his obligations under the Collins Agreement and on November 11, 2004, Judge Susan Brugera of the Superior Court of California, County of Los Angeles rescinded this Agreement as well as all downstream agreements that stemmed from the Collins Agreement ("The 2004 Order"). The Collins Agreement was for the following twenty-one (21) master sound recordings:  1. *Mic Check (Intro)*; 2. *False Things Must Perish*; 3. *Burn Baby Burn*; 4. *Killin' Fields*; 5. *Zig Zag Chamber*; 6. *Guard Ya Shrine*; 7. *Nightmare in A-Minor*; 8. *Today's Mathematics*; 9. *Current*

*Events*; 10. *Last Man Standing (Skit)*; 11. *Runnin' Game*; 12. *Bloodshed*; 13. *Wanna Break*; 14. *Man Only Fears*; 15. *East Coast West Coast*; 16. *Rest in Da East*; 17. *God v. Devil*; 18. *Better Wake Up*; 19. *End of Da World*; 20. *Universal Shout Outs*; and, 21. *Da Crazies*.

14.     Based on his purported ownership under the Collins Agreement on or about October 24, 2003 Collins entered into an agreement with Defendant Cleopatra to license the wrongfully acquired fifteen master sound recordings from Berekley and Hamilton, performing as the *Gravediggaz* ("Collins-Cleopatra Agreement").  At the time Collins entered into the Collins-Cleopatra Agreement, Collins had no interest in the sound recordings.

15.     The Collins-Cleopatra Agreement wrongfully licensed the fifteen (15) master sound recordings to Cleopatra for a period of five (5) years and allowed them to manufacture, distribute and sell the sound recordings in disc or tape form only.  Even after the five (5) year period Cleopatra has continued to release the Ancient Entities Masters.

16.     Among other consideration, Collins contracted for a seventeen thousand dollar ($17,500.00) advance against royalties and a twelve percent (12%) royalty based on SRLP (Standard Retail List Price).

17.     Upon information and belief, Collins received the seventeen thousand dollar ($17,500.00) advance and has been collecting ongoing royalties.

18.     The fifteen (15) master sound recordings that the Collins-Cleopatra Agreement gave license to exploit are as follows: 1.  *Six Feet Underground*; 2. *Big*

*Shot Dead*; 3. *Know What I Mean?*; 4. *What's Wrong With You?*; 5. *A Strong Woman*; 6. *Rough Enough*; 7. *What's The Meaning*; 8. *Gotta Stay Strong*; 9. *Home of the Brave*; 10. *Players' Theme*; 11. *Burn In Hell*; 12. *Break What?*; 13. *Alone In the Graveyard*; 14. *Barking Up The Wrong Tree*; and, 15. *I Understand That*.

19.     Of the fifteen (15) master sound recordings under the Collins-Cleopatra Agreement, Ancient Entities is the owner or co-owner of six (6) of the master sound recordings used by Cleopatra.  (Collins and/or Defendant Cleopatra changed many of the names of sound recordings.)  Ancient Entities is the full owner of 1. *Wanna Break* aka *Break What?*, and 2. *Zig Zag Chamber* aka *Six Feet Underground*.  Ancient Entities also is the owner or co-owner of the following four (4) master sound recordings: 1. *Rest in Da East* aka *Barking Up the Wrong Tree*; 2. *Bloodshed*, 3. *Alone in the Graveyard* aka *Runnin' Game/Running Game*; 4. *Burn in Hell* aka *Burn Baby Burn*. Ancient Entities and Arnold Hamilton co-own the sound recording copyrights for these songs under registration number SR 652-779. (Collectively the six sound recordings are hereinafter known as the "Ancient Entities Masters").

20.     Cleopatra then took the Ancient Entities Masters and affixed them to several releases.  They did so under the name *Gravediggaz* and released two albums that contained music solely attributed to the *Gravediggaz* and then several releases where one or more of the Ancient Entities Masters were part of a compilation.

21.     The album *Six Feet Under* was released under the name *Gravediggaz* on March 30, 2004 and contained all six (6) of the Ancient Entities Masters as well as other sound recordings owned by Hamilton.

22.     Shortly after the November 2004 Order was given, Hill delivered a copy of the Order to Cleopatra as well as a copy of the probate forms that transferred ownership of Berekeley's intellectual property to Hill.

23.     Upon information and belief, Cleopatra then ceased further sale of the 2004 release of *Six Feet Under.*

24.     In 2006, with knowledge that they had no right to the sound recordings Cleopatra re-released *Six Feet Under.*

25.     Upon information and belief, Cleopatra has made *Six Feet Under* available both in physical compact disc form and through instant digital download at various internet retailers such as Amazon.com.

26.     On August 28, 2007 Cleopatra, through its label X-Ray Records released *Wu-Box—Cream of the Clan* a compilation album containing three (3) of the Ancient Entities masters.  The three (3) songs are: 1. *Wanna Break* aka *Break What*; 2. *Burn Baby Burn aka Burn in Hell*; and, 3. *Zig Zag Chamber*. Again, this release was without any permission or authorization of Ancient Entities.  This release also uses the name *Gravediggaz* without authorization or permission of Ancient Entities.  *Wu-Box* is available in physical form as well as for digital download through internet retailers such as Amazon.com.

27.     From 2004 through 2009, Cleopatra has released Ancient Entities Masters on no less than six (6) other compilation albums.  1.  *Tribute to D12*, August 24, 2004, containing *Six Feet Under*; 2. *World's Greatest Tribute to Eminem,* March 21, 2005, containing *Burn in Hell;* 3.  *Halloween*, August 1, 2008, containing *Burn in Hell*; 4. *This is Halloween*; April 1, 2009, *Burn in Hell;* 5.  *Halloween Scary Night*, June 1, 2009, containing *Burn in Hell*; and, 6. *Halloween Dance Party*, July 1, 2009, containing *Burn in Hell*.  None of these were released with the permissions or authorization of Ancient Entities.  Upon information and belief, each of these contain the mark *Gravediggaz*.  (Cleopatra's unauthorized releases are collectively referred to as the "Cleopatra Releases")

28.     Upon information and belief, Hamilton has entered into an agreement with Cleopatra for payment of mechanical royalties for the music publishing.  To date, Hill nor Ancient Entities has received any royalties on any of the sales.

29.     Despite demand, neither Hill nor Ancient Entities has ever received any license fee or royalties for the use of the Ancient Entities Masters or an accounting.

FIRST CAUSE OF ACTION

Copyright Infringement – Ancient Entity Masters

30.     Plaintiff repeats and realleges each of the allegations set forth in Paragraphs 1 through 29 as though fully alleged herein.

31.     Defendants actions above, by affixing the Ancient Entities Masters and distributing the affixed albums to the general public in the various albums as

detailed above, without any authorization or permission, constitutes copyright infringement under 17 U.S.C. §101, et seq.

32.     Cleopatra's actions have violated Ancient Entities exclusive rights under the Copyright Act (17 U.S.C. §101, *et seq)*.  Ancient Entities owns or co-owns the copyrights as registered with the United States Copyright Office under registrations SR 652-779 and SR 651-619.

33.     As a direct and proximate cause of Cleopatra's wrongful actions, Ancient Entities has suffered actual damages and Cleopatra has profited from the unauthorized use of Plaintiffs' works in violation of their Copyrights.  The exact extent of actual damage suffered by Plaintiffs and profited by Defendants is as yet not ascertained, as the total nature and extent of all unauthorized uses of Plaintiff's works by Defendants is presently unknown.

34.     Plaintiff prays for damages as set forth below.

SECOND CAUSE OF ACTION

Violation of 15 U.S.C. §1125

35.     Plaintiffs repeat and reallege each of the allegations set forth in Paragraphs 1 through 34 above as though fully stated herein.

36.     Ancient Entities is the owner of Berkeley's interest in the mark *Gravediggaz. Gravediggaz* has been in continuous use by Ancient Entities, and its predecessors, since 1994 for use specifically with sound recordings and

phonograph records (music).  Ancient Entities asserts that the moniker *Gravediggaz* is a moniker worthy of protection under the Lanham Act.

37.     Cleopatra has never had authorization or permission to use the moniker *Gravediggaz* on any of the Cleopatra Releases.

38.     Cleopatra's acts as described above constitutes a violation of 15 U.S.C. § 1125.

39.     As a direct and proximate result of the foregoing wrongful conduct of Defendant, Plaintiff has been damaged and is entitled to the relief as more fully specified below.

THIRD CAUSE OF ACTION

Accounting

40.     Plaintiffs repeat and reallege each of the allegations set forth in Paragraphs 1 through 39 as though fully stated herein.

41.     As a result of the infringement and other wrongful acts of Cleopatra, Ancient Entities is entitled to an accounting from Cleopatra as to those amounts derived from their unauthorized exploitation of the Ancient Entities Masters so Ancient Entities may determine the revenues and profits that rightfully belonging to them.

# FOURTH CAUSE OF ACTION

## Constructive Trust

42.     Plaintiff repeats and realleges each of the allegations set forth in Paragraphs 1 though 41 as though fully stated herein.

43.     By reason of the fraudulent and otherwise wrongful manner in which Cleopatra has acted, they have no legal or equitable right, claim or interest in or to the Ancient Entity Masters.  Cleopaptra is an involuntary trustee holding the Ancient Entitiy property and profits therefrom in constructive trust for Ancient Entity with the duty to convey the same to Ancient Entity forthwith.

PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays judgment against Defendant Cleopatra for the above causes of action as follows:

1.    For damages, statutory or actual, for violation of 17 U.S.C. §101, *et seq.*;

2.    For damages, statutory or actual, for violation of 15 U.S.C. §1125;

3.    For an accounting;

4.    For a constructive trust;

5.    For a permanent injunction enjoining Defendant from any further use of the name *Gravediggaz* and/or from any further exploitation of the Ancient Entity Masters;

6.    For attoneys' fees and costs; and,

7.    For any other relief this Court deems fair and just.

**JURY DEMAND**

Plaintiff respectfully demands a jury trial of all issues in this case.

Dated:  October 1, 2010                    FARBER & COMPANY ATTORNEYS


By:    ___/s/ Eric J. Farber_____
Eric Farber
Attorneys for Ancient Entities, LLC

*Ancient Entities, LLC v. Cleopatra Records, Inc.* – 13
Farber & Company Attorneys
United States District Court, Central District of California
First Amended Complaint