1 | **Eric J. Farber, SBN 169472**
2 | **Eric.Farber@FarberFoote.com**
  | **FARBER & FOOTE LLP**
3 | **436 14th Street, Suite 1520**
  | **Oakland, California 94612**
4 | **Tel. 510.444.2512/Fax 866.819.6169**
5 |
6 | **Attorneys for Plaintiff:**
  | **Ancient Entities, LLC**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| ANCIENT ENTITIES, LLC, a California Limited Liability Company<br><br>Plaintiffs,<br>vs.<br><br>CLEOPATRA RECORDS, INC., a California Corporation<br><br>Defendants. | Case No.: CV10-6403 GAF (FFMx)<br><br>**NOTICE OF DISMISSAL OF DEFENDANT CLEOPATRA RECORDS, INC. WITH PREJUDICE** |

*Ancient Entities, LLC v. Cleopatra Records, Inc.*
United States District Court, Central District of California
Farber & Foote LLP
Notice of Dismissal - 1

To the Court and to Defendant Cleopatra Records, Inc. and their attorneys of record:

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), plaintiff hereby dismisses Defendant Cleopatra Records, Inc. with prejudice.

Dated: December 16, 2010               By:    Farber & Foote LLP

 /s/ Eric J. Farber
Eric J. Farber, SBN 169472
436 14th Street, Suite 1520
Oakland, California 94612

Attorneys for Plaintiff
Ancient Entities, LLC